United States District Court
Southern District of Texas
ENTERED
JUL 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 22 1998
Michael N. Milby, Clerk

21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEVERO GONZALEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-165 |
| | § | |
| PUBLIC UTILITIES BOARD OF | § | |
| CITY OF BROWNSVILLE | § | |

## ORDER

Defendant's Motion to Extend the Date for Completion of Discovery is GRANTED.

Discovery must be completed in this case by September 4, 1998.

SIGNED at Brownsville, Texas this 23 day of July, 1998.

UNITED STATES MAGISTRATE JUDGE