United States District Court
Southern District of Texas
ENTERED

JUL 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 3 1 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEVERO GONZALEZ | § § | |
| V. | § § § | CIVIL ACTION NO. B-97-165 (636(c)) |
| PUBLIC UTILITIES BOARD OF CITY OF BROWNSVILLE and LABORATORY CORPORATION OF AMERICA | § § § § | |

## ORDER GRANTING MOTION TO DISMISS LABORATORY CORPORATION OF AMERICA WITHOUT PREJUDICE

On this the **31st** day of **July**, 1998, came to be considered Plaintiff's Motion to Dismiss Laboratory Corporation of America Without Prejudice and the Court is of the opinion that said motion should be **GRANTED**;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that lawsuit brought by **PLAINTIFF** against **DEFENDANT, LABORATORY CORPORATION OF AMERICA, only,** is hereby dismissed without prejudice, with costs to be taxed against those by whom they were incurred.

SIGNED this **31** day of **July**, 1998.

_____
JUDGE PRESIDING

Cc:  Mr. Michael R. Cowen
Stapleton, Livesay & Cowen
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. R. Gaines Griffin
Davidson & Troilo, P.C.
7550 West IH 10, Suite 800
San Antonio, Texas 78229-5815

Ms. D. Faye Caldwell
Caldwell & Adams, P.L.L.C.
520 Post Oak Blvd., Suite 610
Houston, Texas 77027

MOTION FOR DISMISSAL WITHOUT PREJUDICE - PAGE 3