24

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D

SEP  2 1998

Michael N. Milby, Clerk

SEVERO GONZALEZ

VS

PUBLIC UTILITIES BOARD OF
CITY OF BROWNSVILLE

\*
\*    C.A. NO.
\*    B97 165

ORDER GRANTING MOTION
FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)    (a)    Plaintiffs shall designate expert witnesses, if applicable, by _____.
       (b)    Defendants shall designate expert witnesses, if applicable, by _____.

(2)    All discovery in this case must be completed by _December 3, 1998_____.
       If additional time is required, a motion requesting such extension must be filed no
       later than _____NA_____. Failure to file such motion shall conclude
       further discovery.

(3)    All other motions, including joinder of parties must be filed no later than ten (10)
       days after the completion of discovery.

(4)    A joint pretrial order, in full compliance with the local rules, setting forth the
       following matters shall be filed no later than _January 4, 1999_____.

              (a)    the nature of the case;
              (b)    contentions of the parties;
              ©      stipulations;
              (d)    specific issues of fact, as they are submitted to the jury;
              (e)    issues of law, if any;
              (f)    list of all pending motions;
              (g)    approximate duration of trial; and
              (h)    in non-jury cases, specific proposed findings of fact and
                     conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER
WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF
ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)    A final pretrial and settlement conference be set for _January 14, 1999, 10:00 am__.

(6)    Trial on the merits be set for __February, 1998_____, docket call.

DONE at Brownsville, Texas, on ___September 3, 1998_____.

John Wm. Black
United States Magistrate Judge

CutePDF - www.CutePDF.com