lmv

26

United States District Court
Southern District of Texas
ENTERED
SEP 22 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 22 1998
Michael N. Milby, Clerk

| | |
|---|---|
| SEVERO GONZALEZ | * |
| | * |
| VS | * C.A. NO. B-97-165 |
| | * |
| PUBLIC UTILITIES BOARD OF CITY OF BROWNSVILLE | * |

### MEMORANDUM ORDER

Before this Court are a few pretrial motions that appear as pending on the computerized six-month report. Upon consideration, this Court finds the following:

6-1     Motion to Compel is now **moot**.

25-1    Motion for Leave to Extend Deadline to File Joint Pre-Trial Order is now **moot**.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 22nd day of September, 1998.

_____
John Wm. Black
United States Magistrate Judge