lmv

27

United States District Court
Southern District of Texas
ENTERED
SEP 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 24 1998
Michael N. Milby, Clerk

SEVERO GONZALEZ                    *

VS                                 *   C.A. NO. B97 165
                                       (636(c)--FGG)
PUBLIC UTILITIES BOARD             *
OF CITY OF BROWNSVILLE

## ORDER SETTING STATUS CONFERENCE

A **status conference** in above-captioned and numbered cause of action is hereby set for **October 15, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this 24th day of September, 1998.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520