28

===============================================================
UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT OF TEXAS
===============================================================

SERVERO GONZALEZ                    §
                                    §
      VS                            §   CIVIL ACTION NO. B97 165
                                    §
PUBLIC UTILITIES BOARD OF           §
CITY OF BROWNSVILLE                 §

**United States District Court
Southern District of Texas
FILED
SEP 24 1998
Michael N. Milby, Clerk of Court**

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | Severo Gonzalez | 9/9/98 |
| R. B. [signature] | Public Utilities Board | 9/17/98 |

**ORDER TO TRANSFER**

This case is transferred to Untied States Magistrate Judge

**John Wm. Black**

to conduct all further proceedings, including final judgment.

SEP 24 1998
Date

**United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk** [signature]

[signature]
United States District Judge