IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SEVERO GONZALEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-165 |
| | § | (636(c)) |
| PUBLIC UTILITIES BOARD OF | § | |
| CITY OF BROWNSVILLE | § | |

## ORDER

The Joint Motion to Extend Deadlines, For Continuance and for Referral to Mediation is GRANTED. The final pretrial conference presently scheduled for October 2, 1998, and the November, 1998 trial setting are CANCELLED. The parties are ORDERED to select a mediator agreeable to both parties and to mediate this case on or before sixty (60) days from the date of this Order. The parties are further ORDERED to submit a joint report as to the result of mediation no later than December 4, 1998.

If this case is NOT settled at mediation, the joint pretrial order shall be filed on or before December 14, 1998, and a new trial date shall be established at that time.

SIGNED at Brownsville, Texas this 5 day of ~~September~~ OCT, 1998.

_____
United States Magistrate Judge

pcd #57076