31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
SEVERO GONZALEZ                    *
                                   *
    VS                             *   C.A. NO. B97 165
                                   *         (636(c))
PUBLIC UTILITIES BOARD OF          *
CITY OF BROWNSVILLE                *
```

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Friday, January 29, 1999, at 10 a.m.**

DONE at Brownsville, Texas, this **13th** day of **January, 1999.**

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570