```
                                        United States District Court
                                        Southern District of Texas
         UNITED STATES DISTRICT COURT           ENTERED
         SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE DIVISION             FEB 0 3 1999

                                        Michael N. Milby, Clerk of Court
                                        By Deputy Clerk
```

SEVERO GONZALEZ            *
                           *
VS.                        *       CIVIL ACTION
                           *       NO. B-97-165
PUBLIC UTILITIES BOARD     *          (636(c))

## ORDER RESETTING CONFERENCE

On January 29, 1999, a Status Conference was held and the parties advised the Court that they are in the process of negotiating a settlement. The Status Conference is reset for April 8, 1999 at 10:00 a.m..

IT IS SO ORDERED.

Done at Brownsville, Texas, on January 29, 1999.

                                    _____
                                         John Wm. Black
                                    United States Magistrate Judge