*33*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
*FILED*

JUL 19 1999

Michael N. Milby
Clerk of Court

By: _____

| | | |
|---|---|---|
| SEVERO GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-165 |
| | § | |
| PUBLIC UTILITIES BOARD | § | |

TYPE OF CASE:  ___X___ CIVIL                    _____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE CONDUCTED TELEPHONICALLY)

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

**SEPTEMBER 1, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 19, 1999

TO:      MR. MICHAEL COWEN
         MR. R. GAINES GRIFFIN