35

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEVERO GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-165 |
| | § | |
| PUBLIC UTILITIES BOARD | § | |

## ORDER

On this day a **status conference** in the above-entitled and numbered case was held.

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **November 15, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **November 1, 1999.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **December 14, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **December 14, 1999 at 1:30 P.M.**

(5) Final Pretrial is set for **January 6, 2000 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **January 7, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(6)     Trial is set for **January 10, 2000 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 1st day of September 1999.

John Wm. Black<br>
United States Magistrate Judge