38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SEVERO GONZALEZ | § § § | |
| v. | § | CIVIL ACTION NO. B-97-165 |
| PUBLIC UTILITIES BOARD OF CITY OF BROWNSVILLE | § § § | |

## ORDER

On this day came on to be considered Plaintiffs Motion to Dismiss, and the court being of the opinion that same should be granted;

It is therefore ORDERED that the above-styled and numbered cause be and it is hereby DISMISSED WITH PREJUDICE.

Each party will bear their own costs.

SIGNED this 13th day of JANUARY, 2000.

_____
JUDGE PRESIDING

**APPROVED BY COUNSEL:**

COWEN & LIVESAY

_____
MICHAEL R. COWEN
1325 Palm Blvd.
Brownsville, Texas 78520
(956) 541-4981 phone
(956) 504-3674 fax
State Bar No.: 00795306

ATTORNEY FOR PLAINTIFF

DAVIDSON & TROILO
A Professional Corporation

_____
R. GAINES GRIFFIN
7550 IH-10 West, Suite 800
San Antonio, Texas 78229-5815
(210) 349-6484 phone
(210) 349-0041 fax
State Bar No.: 08464500

ATTORNEY FOR DEFENDANT